# United States District Court
# District of Minnesota

United States of America

Plaintiff(s), **JUDGMENT BY DEFAULT**

-vs- Civil No. 01-106JRT/SRN

Gwondra L. Keen

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the principal amount of $2,939.19, costs of $150 and interest to 11/3/00 of $1,331.78 for a grand total of $4,420.97 plus additional prejudgment interest from 11/3/00 at 8% and post-judgment interest at 3.92% per annum.

FRANCIS E. DOSAL, CLERK

DATED: May 11, 2001 By ______________________________

Denise LaFond, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 2,939.19 |
| Costs and disbursements | $ 150.00 |
| Interest to 11/3/00 | $ 1,331.78 |
| **TOTAL JUDGMENT** | $ 4,420.97 |